IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   Jones, Clarence | Case Number:  04 B 14378 |
| | Judge:  Wedoff, Eugene R |
| Printed:  10/9/07 | Filed:  4/12/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: October 4, 2007
Confirmed: June 24, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 13,680.00 | |
| Secured: | | 7,070.00 |
| Unsecured: | | 3,951.19 |
| Priority: | | 1,048.71 |
| Administrative: | | 900.00 |
| Trustee Fee: | | 710.10 |
| Other Funds: | | 0.00 |
| Totals: | 13,680.00 | 13,680.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Walter R Dale & Associates | Administrative | 900.00 | 900.00 |
| 2. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 3. | Ocwen Federal Bank FSB | Secured | 7,266.00 | 7,070.00 |
| 4. | Internal Revenue Service | Priority | 1,048.71 | 1,048.71 |
| 5. | Capital One | Unsecured | 75.32 | 492.84 |
| 6. | Peoples Energy Corp | Unsecured | 112.31 | 0.00 |
| 7. | B-Line LLC | Unsecured | 252.43 | 1,651.76 |
| 8. | Internal Revenue Service | Unsecured | 173.64 | 1,136.19 |
| 9. | B-Line LLC | Unsecured | 102.45 | 670.40 |
| 10. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 11. | Tax Masters | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 9,930.86 | $ 12,969.90 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 60.80 |
| 6.5% | 171.62 |
| 3% | 18.74 |
| 5.5% | 105.81 |
| 5% | 31.90 |
| 4.8% | 61.11 |
| 5.4% | 260.12 |
| | _____ |
| | $ 710.10 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jones, Clarence

Printed: 10/9/07

Case Number: 04 B 14378
Judge: Wedoff, Eugene R
Filed: 4/12/04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Denise Ashley*